**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHAIT SINGH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-26-311-D |
| ) | |
| TODD BLANCHE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## <u>ORDER</u>

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Amanda L. Maxfield pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 14]. Judge Maxfield recommends that Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] be denied because he received a bond hearing pursuant to 8 U.S.C. § 1226, and the Court lacks jurisdiction to review the immigration judge's determination denying Petitioner bond.

The case file shows no timely objection to the Report and Recommendation nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).   For the reasons explained by Judge Maxfield, the Court finds that the Petition [Doc. No. 1] is **DENIED**.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 14] is ADOPTED in its entirety. Petitioner's Petition [Doc. No. 1] is DENIED. A separate judgment shall be entered.

IT IS SO ORDERED this 14th day of April, 2026.

TIMOTHY D. DeGIUSTI
Chief United States District Judge